## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LRI HOLDINGS COMPANY, LLC, d/b/a LYNN ROBERTS INTERNATIONAL,** | ) ) ) | **CASE NO. 8:09CV7** |
| **Plaintiff,** | ) ) | |
| | ) | **ORDER** |
| v. | ) ) | |
| **JACK BOWER,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Report and Recommendation (Filing No. 18) of Magistrate Judge F.A.Gossett recommending denial of the Plaintiff's Motion for Remand (Filing No. 5). No Statement of Objection to the Report and Recommendation, as allowed by 28 U.S.C. § 636(b)(1) and NECivR 72.3(a), was filed by either party.

Having reviewed the record and considered the Magistrate Judge's recommendation, *de novo*, the Court concludes that the facts set forth in the Report and Recommendation should be adopted; and the Plaintiff's Motion for Remand should be denied.

Accordingly,

**IT IS ORDERED**:

1. The Report and Recommendation (Filing No. 18) is adopted in its entirety; and,

2. The Plaintiff's Motion for Remand (Filing No. 5) is denied.

Dated this 9th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge