## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LRI HOLDINGS COMPANY, LLC, d/b/a** | ) | **CASE NO. 8:09CV07** |
| **LYNN ROBERTS INTERNATIONAL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | **OF DISMISSAL** |
| | ) | |
| **JACK BOWER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with

Prejudice (Filing No. 27).  The stipulation complies with the requirements of Fed. R. Civ.

P. 41(a)(1)(ii), and the Court finds that it should be approved.  Accordingly,

IT IS ORDERED:

1.    The parties' Joint Stipulation for Dismissal (Filing No. 27) is approved, and the relief requested therein is granted;

2.    The Complaint and all claims in this action are dismissed with prejudice; and

3.    The parties will pay their own costs and attorneys' fees.

DATED this 13th day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge